UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **ASHLEY CHANDLER** | § |
| | § |
| *Plaintiff,* | §   C.A. No. 9:22-cv-01969-DCN |
| | § |
| **v.** | § |
| | § |
| **TECHNICAL COLLEGE OF THE LOWCOUNTRY** | § |
| | § |
| *Defendant.* | § |

**NOTICE FOR REQUEST FOR PROTECTION FROM COURT APPEARANCE**

David D. Ashley, counsel for Plaintiff, ASHLEY CHANDLER, respectfully requests protection from appearances for any trials, court hearings, depositions, or related matters from September 6, 2022, through September 22, 2022; the reason for this request being that counsel will be out of the country for a long-planned family vacation and will be unavailable during these dates. The protection from court appearances is not being designated for purpose of delaying, hindering, or interfering with the timely disposition of any matter in any pending action or proceeding. As of this filing there are no scheduled hearings in this matter that would be impacted by the granting of this request.

Dated: July 26, 2022                    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　  /s/  David D. Ashley _____
　　　　　　　　　　　　　　　　　　　　David D. Ashley
　　　　　　　　　　　　　　　　　　　　(S.C. Bar #76206, U.S. District Court #10220)
　　　　　　　　　　　　　　　　　　　　Le Clercq Law Firm
　　　　　　　　　　　　　　　　　　　　David@LeClercqLaw.com
　　　　　　　　　　　　　　　　　　　　708 South Shelmore Blvd. #202
　　　　　　　　　　　　　　　　　　　　Mount Pleasant, SC 29464
　　　　　　　　　　　　　　　　　　　　Phone (843) 722-3523 / Fax (843) 352-2977
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*