**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| ASHLEY CHANDLER, ) | CIVIL ACTION NO.: 9:22-CV-01969-DCN |
| Plaintiff, ) | |
| -vs- ) | |
| TECHNICAL COLLEGE OF THE LOWCOUNTRY; VANDY AMASON, individual and in her official capacity as Nursing Program Director at Technical College of the Lowcountry; JOEY SWEARINGEN, individually and is his official capacity as Assistant Dean of Health Services at Technical College of the Lowcountry; and LESLIE WORTHINGTON, individually and in her officially capacity as Vice President of Academic Affairs at Technical College of the Lowcountry, ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |
| Defendants. ) | |

Counsel for Defendant Technical College of the Lowcountry, Robert S. Dennis, respectfully requests protection from court appearances for the following dates: **Friday, May 19, 2023 through Monday, May 22, 2023** and **Thursday, June 1, 2023 through Wednesday, June 7, 2023**, as the undersigned will be on vacation during this period. No hearings are currently scheduled for these dates, and counsel requests that the court not schedule any court appearances in this case during the aforementioned dates.

Respectfully,

***s/ Robert S. Dennis***_____
Howell, Gibson & Hughes, PA
PO Box 40
Beaufort, SC 29901
(843) 522- 2400
rdennis@hghpa.com
Counsel for Technical College of the Lowcountry

Beaufort, South Carolina

March 10, 2023.

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I am the attorney for Defendant, Technical College of the Lowcountry, and on this 10th day of March, 2023, I served one true and correct copy of the foregoing **Notice of Request for Protection** in the above captioned case, via ECF to county of record in this case.

      Respectfully,

***s/ Robert S. Dennis***
Howell, Gibson & Hughes, PA
PO Box 40
Beaufort, SC 29901
(843) 522- 2400
rdennis@hghpa.com
Counsel for Technical College of the Lowcountry

Beaufort, South Carolina

March 10, 2023